```
 1  ERSKINE & TULLEY
    A PROFESSIONAL CORPORATION
 2  MICHAEL J. CARROLL (St. Bar #50246)
    220 Montgomery Street, Suite 303
 3  San Francisco, CA  94104
    Telephone:  (415) 392-5431
 4
    Attorneys for Plaintiffs
 5
 6
 7
 8              UNITED STATES DISTRICT COURT
 9              NORTHERN DISTRICT OF CALIFORNIA
10
11  BOARD OF TRUSTEES OF THE NORTHERN    )   NO.  C 09 4509 BZ
    CALIFORNIA SHEET METAL WORKERS, et   )
12  al.,                                 )   ORDER TO CONTINUE CASE
                                         )   MANAGEMENT CONFERENCE
13                  Plaintiffs,          )
            vs.                          )
14                                       )
    TERMINAL MANUFACTURING, etc.,        )
15                                       )
                    Defendant.           )
16  _____)

17          IT IS ORDERED that the Case Management Conference in this
18  case set for March 8, 2010 be continued to May 10, 2010 at 4:00 p.m.
19  in Courtroom G, 15th Floor, 450 Golden Gate Avenue, San Francisco, CA
20  94102.
21  Dated: 4 March 2010
22                                       _____
                                         Magistrate Bernard Zimmerman
23
```

ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE