ERSKINE & TULLEY
A PROFESSIONAL CORPORATION
MICHAEL J. CARROLL (St. Bar #50246)
220 Montgomery Street, Suite 303
San Francisco, CA  94104
Telephone:  (415) 392-5431

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| BOARD OF TRUSTEES OF THE NORTHERN CALIFORNIA SHEET METAL WORKERS, et al., | ) ) ) | NO.   C 09 4509 BZ |
| | ) | ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE |
| Plaintiffs, | ) ) | |
| vs. | ) | |
| TERMINAL MANUFACTURING, etc., | ) ) | |
| Defendant. | ) ) | |

IT IS ORDERED that the Case Management Conference in this case set for March 8, 2010 be continued to May 10, 2010 at 4:00 p.m. in Courtroom G, 15th Floor, 450 Golden Gate Avenue, San Francisco, CA 94102.

Dated: 4 March 2010

_____
Magistrate Bernard Zimmerman

ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE