UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOARD OF TRUSTEES OF THE NORTHERN CALIFORNIA SHEET METAL WORKERS, et al.,<br><br>Plaintiff(s),<br><br>v.<br><br>TERMINAL MANUFACTURING CO., et al.,<br><br>Defendant(s). | No. C09-4509 BZ<br><br>**SCHEDULING ORDER** |

It is **HEREBY ORDERED** that a hearing on plaintiffs' application for default judgment is scheduled for **Wednesday, MAY 5, 2010 at 10:00 a.m.** in Courtroom G, 15th Floor, 450 Golden Gate Avenue, San Francisco, California, 94102.

Claims for attorneys' fees should be supported by billing records. Plaintiffs should be prepared to prove their damages by competent testimony or other admissible evidence. If plaintiffs intend to prove damages by affidavits or declarations, the affiant or declarant should have personal knowledge of all matters to which she testifies. For all

evidence, proper foundations must be established.  For an explanation of the evidentiary requirements for proving damages in a default case, the parties are encouraged to consult Chapter Six of <u>Civil Procedure Before Trial</u> by William W. Schwarzer, A. Wallace Tashima, and James M. Wagstaffe.

Defendant should attend the hearing if it contests the validity or amount of plaintiffs' claim.  Seven days before the hearing, on **Wednesday, APRIL 28, 2010**, plaintiffs shall file a declaration setting forth in detail all steps taken to serve defendant with notice of this hearing.

Dated:   March 25, 2010

_____
Bernard Zimmerman
United States Magistrate Judge

G:\BZALL\-BZCASES\BD. OF TRUSTEES V. TERMINAL MFG\SCHED ORD.wpd

2