United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOARD OF TRUSTEES OF THE NORTHERN CALIFORNIA SHEET METAL WORKERS, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>TERMINAL MANUFACTURING CO., a limited liability company,<br><br>Defendant. | No. C 09-04509 WHA<br><br>**ORDER GRANTING MOTION FOR DEFAULT JUDGMENT IN ACCORDANCE WITH REPORT AND RECOMMENDATION** |

Plaintiffs filed this action on September 24, 2009, alleging that defendant violated a collective bargaining agreement and certain trust agreements that required defendant to make regular contributions to the Northern California Sheet Metal Workers Health Care Plan, the Sheet Metal Workers Pension Trust of Northern California, and the Sheet Metal Workers Local 162 Vacation, Holiday Savings Plan, of which plaintiffs are trustees. The case was assigned to Magistrate Judge Bernard Zimmerman.

Service was effected on October 21, 2009 (Dkt. No. 4). Defendant failed to answer the complaint or otherwise defend the action. Default was entered on December 9, 2009, and a motion for default judgment was filed on March 17, 2010 (Dkt. No. 10). Defendant did not respond to plaintiffs' motion, and as of the date of this filing, as never appeared in this action.

Since defendant did not consent to his jurisdiction, Magistrate Judge Zimmerman filed a report and recommendation presenting his recommendation that default judgment be entered

1  against defendant and that the case be reassigned for action thereon (Dkt. No. 31). There has
2  been no response to the report.

3       The undersigned has thoroughly reviewed the report and recommendation of Magistrate
4  Judge Zimmerman and hereby adopts the recommendations therein. For the reasons stated in the
5  report and recommendation, plaintiffs motion for default judgment is **GRANTED**.

6       Judgment will be entered in favor of plaintiffs and against defendant in the amount of
7  $17,426.74. This amount includes unpaid contributions of $12,455.66, as well as $2,491.13 in
8  liquidated damages, $1,214.95 in interest on delinquent contributions, $740 in attorneys' fees, and
9  $525 in costs.

11  **IT IS SO ORDERED.**

13  Dated: May 18, 2010.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

2