United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOARD OF TRUSTEES OF THE NORTHERN CALIFORNIA SHEET METAL WORKERS, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> TERMINAL MANUFACTURING CO., a limited liability company, <br><br> Defendant. | No. C 09-04509 WHA <br><br> **JUDGMENT** |

For the reasons stated in the accompanying order granting plaintiffs' motion for default judgment, **FINAL JUDGMENT IS HEREBY ENTERED** in favor of plaintiffs and against defendant in the amount of $17,426.74. This amount includes unpaid contributions of $12,455.66, as well as $2,491.13 in liquidated damages, $1,214.95 in interest on delinquent contributions, $740 in attorneys' fees, and $525 in costs. **THE CLERK SHALL CLOSE THE FILE.**

**IT IS SO ORDERED.**

Dated: May 18, 2010.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE