```
ERSKINE & TULLEY
A PROFESSIONAL CORPORATION
MICHAEL J. CARROLL (St. Bar #50246)
220 Montgomery Street, Suite 303
San Francisco, CA  94104
Telephone:  (415) 392-5431

Attorneys for Plaintiffs
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOARD OF TRUSTEES OF THE NORTHERN CALIFORNIA SHEET METAL WORKERS, et al.,<br><br>　　　　　　Plaintiffs,<br>　　vs.<br><br>TERMINAL MANUFACTURING CO., a Limited Liability Company<br><br>　　　　　　Defendant. | NO. C 09 4509 WHA (DMR)<br><br><u>ORDER OF EXAMINATION</u> |

To: Steve Mellinger, an Officer and Custodian of Records
　　Terminal Manufacturing Co.,
　　707 Gilman Street
　　Berkeley, CA 94710

　　　　You the above named judgment debtor ARE HEREBY ORDERED to appear personally on <u>September 2, 2010</u> at <u>9:00</u> a.m. at <u>1301 Clay Street</u>, <u>Oakland CA, 941612, Courtroom 4, 3rd Floor,</u> before the Magistrate Donna M. Ryu then and there to be examined on oath concerning your property or other matters material to the proceedings.

　　　　You are ordered to bring with you the following documents:

　　　　1.　The corporation's bylaws, share register and minute book;

<u>ORDER OF EXAMINATION</u>　　　　　　　1

2. Title documents to all equipment and vehicles of debtor;

3. All lists and schedules of rented, leased and owned equipment of debtor;

4. Copies of all real property and personal property leases wherein debtor is a party;

5. Copies of all tax bills, deeds, contracts, deeds of trust or deposit receipts relating to all real and personal property in which any interest is held;

6. Annual Financial Statements for the 2009 and all monthly financial statements for 2010;

7. Federal tax returns for the last year reported;

8. All bank statements, deposit slips and canceled checks for all accounts for 2010;

9. The last tax return filed with the Franchise Tax Board;

10. Copies of all purchase orders, change orders accepted bids, and contracts which relate in any way to work performed by debtor during the period from January 1, 2010 to date;

11. All accounts receivable lists generated by the Company in 2010;

12. Cash Disbursement Journals for 2010;

13. All documents related to any loans to debtor or by debtor by any present or former shareholders, officers or employees of debtor;

14. All documents related to any completed, pending or failed sale of substantially all corporate assets during the last three years.

15. All personal guarantees made by any officer, agent or shareholder for the benefit of debtor.

ORDER OF EXAMINATION                         2

1    NOTICE TO JUDGMENT DEBTOR.  IF YOU FAIL TO APPEAR AT THE
2  TIME AND PLACE SPECIFIED IN THIS ORDER, YOU MAY BE SUBJECT TO ARREST
3  AND PUNISHMENT FOR CONTEMPT OF COURT AND THE COURT MAY MAKE AN ORDER
4  REQUIRING YOU TO PAY THE REASONABLE ATTORNEYS' FEES INCURRED BY THE
5  JUDGMENT CREDITOR IN THIS PROCEEDING.
6  Dated: August 3, 2010

_____
Magistrate Judge Donna M. Ryu



ORDER OF EXAMINATION                            3